UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ELISA AVERY, | ) | CASE NO. 1:18CV845 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | <u>MEMORANDUM OF OPINION</u> |
| COMMISSIONER | ) | <u>AND ORDER</u> |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

On April 2, 2019, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 17) recommending that the Court AFFIRM the Commissioner's decision. However, the Court has come to learn that Plaintiff's counsel in this matter, Attorney John Oreh, passed away on March 4, 2019. Accordingly, Plaintiff Elisa Avery is hereby granted thirty (30) days to obtain new counsel. New counsel shall have until May 22, 2019 to file objections. If no counsel enters an appearance, Avery shall have until May 22, 2019 to file objections to the R&R on her own behalf.

The Clerk is directed to mail a copy of this order and the R&R (Document 17) to Elisa Avery at 3402 West 98th Street, Cleveland, OH 44102.

IT IS SO ORDERED.

Dated: <u>April 8, 2019</u>     <u>/s/ John R. Adams</u>
　　　　　　　　　　　　　　　　　　JOHN R. ADAMS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE